**Ellen O. KNOX and John J. Knox, Jr., Respondents/Cross–Appellants,**

v.

**John A. HARTWIG, Jr., Appellant/Cross– Respondent.**

No. 65906.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 1995.

James E. Dearing, Dearing & Hartzog, Clayton, for appellants.

Richard J. Magee, Daniel J. McAuliffe, Clayton, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

### ORDER

PER CURIAM.

Both petitioners, Ellen O. Knox and John J. Knox, Jr., and respondent, John A. Hartwig, Jr., appeal the judgment of the trial court on objections to the final settlement in the estate of Ann Knickmeyer, deceased.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).